29 A.3d 739

REZEM FAMILY ASSOCIATES, LP, PLAINTIFF–PETITIONER, v. THE BOROUGH OF MILLSTONE, ET AL., DEFENDANTS–RESPONDENTS, AND CARTER VAN DYKE, ET AL., DEFENDANTS–RESPONDENTS.

October 4, 2011.

Denied.